ceeding by the people of the state of New York against Howard W. Laning. No opinion. Motion granted.

PEOPLE v. McCLELLAN et al. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Proceeding by the people of the state of New York against George B. McClellan and another. No opinion. Cause ordered to be tried in Trial Term, Part 18.

PEOPLE v. RUSSO. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Proceeding by the people of the state of New York against Joseph Russo. No opinion. Motion denied, on condition that appellant be ready for February term.

PEOPLE, Respondent, v. VAN REE, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Proceeding by the people of the state of New York against Frank V. Van Ree. No opinion. Motion denied. Order filed.

PEOPLE ex rel. BLOODGOOD et al., Appellants, v. PURDY et al., Com'rs, Respondents. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Proceeding by the people of the state of New York, on the relation of John H. Bloodgood and others, as executors, etc., against Lawson Purdy and others, as commissioners, etc. H. W. Hayden, for appellants. D. Rumsey, for respondents. No opinion. Order affirmed, with costs and disbursements. Order filed.

PEOPLE ex rel. CARROLL, Appellant, v. CARROLL, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Proceeding by the people of the state of New York, on the relation of Joseph D. Carroll, against Mattie L. Carroll. A. J. Baldwin, for appellant. M. H. Harris, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

PEOPLE ex rel. DEISTER, Appellant, v. WINTERMUTE, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Proceeding by the people of the state of New York, on the relation of John H. Deister, against Thomas J. Wintermute. No opinion. Motion denied.

PEOPLE ex rel. GORMAN v. BELL et al., Police Com'rs, Respondents. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Proceeding by the people of the state of New York, on the relation of Patrick Gorman, against J. Harvey Bell and others, as police commissioners of the city of Yonkers, etc. No opinion. Reargument ordered, and case set down for Tuesday, February 25, 1908.

PEOPLE ex rel. MELENBACKER, Appellant, v. HARRISON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 15, 1908.) Proceeding by the people of the state of New York, on the relation of Jacob Melenbacker, against W. K. Harrison and others. No opinion. Order affirmed, with costs.

PEOPLE ex rel. PARKER v. BINGHAM, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Proceeding by the people of the state of New York, on the relation of Frederick G. Parker, against Theodore A. Bingham, commissioner, etc. M. Goodman, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed. See 57 Misc. Rep. 28, 106 N. Y. Supp. 1079.

PEOPLE ex rel. POWERS & MANSFIELD CO., Respondent, v. SCHNEIDER, Com'r, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Proceeding by the people of the state of New York, on the relation of the Powers & Mansfield Company, against Henry Schneider, as commissioner of public works of the city of Troy. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE ex rel. SIMON v. DARLINGTON et al., Respondents. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Proceeding by the people of the state of New York, on the relation of Maurice Simon, against Thomas Darlington and others. M. D. Silverstein, for relator. T. Connoly, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. SPAHN v. BUTLER, Com'r. GAY v. SAME. LOCKWOOD v. SAME. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Proceeding by the people of the state of New York, on the relation of Otto J. Spahn, by Harry G. Gay, and by William Lockwood against Edmond J. Butler, as commissioner. No opinions. Motions denied, with $10 costs. Orders filed.

PEOPLE ex rel. SPENCER, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Proceeding by the people of the state of New York, on the relation of Stephen L. Spencer, against Charles Martin and others. B. Franklin, for appellant. R. N. Burgess, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. WHITE, Appellant, v. BETTS, Justice, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Proceeding by the people of the state of New York, on the relation of A. A. White, against James A. Betts, as justice of the Supreme Court, holding a Special Term thereof. No opinion. Motion denied.

PERRY v. BATES. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Alvan W. Perry against Benjamin L. M. Bates. No opinion. Motion for reargument denied. Leave to appeal to the